IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. ANGINO and ALICE K. ANGINO; ANGINO & LUTZ, P.C.; ANGINO & ROVNER, P.C.; KING DRIVE CORP.; A LA CARTE ENTERPRISES, INC. | : : : : : |
| v. | : NO. 1:15-cv-2105 |
| BB&T; SUSQUEHANNA BANK; MCNEES, WALLACE AND NURICK, LLC; RAYMOND GRANGER; and GEOFFREY SHUFF | : : : : |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS

Notice is hereby given that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the claims asserted against Defendants McNees Wallace & Nurick, LLC and Geoffrey Shuff, Esquire, are hereby voluntarily dismissed without prejudice.

Date: 11/25/2015

By: _____
Richard C. Angino, Esquire
Angino & Lutz, P.C.
4503 N. Front Street
Harrisburg, PA 17110
(717) 238-6791 – phone
(717) 238-5610 – fax
Email: rca@anginolutz.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard C. Angino, counsel for Plaintiff, Angino & Lutz, P.C. hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS was served by the United States District Court electronic filing system upon the following:

Paul C. Troy, Esquire
KANE, PUGH, KNOELL, TROY & KRAMER LLP
510 Swede Street
Norristown, PA 19401-4886
(610) 275-2000
ptroy@kanepugh.coin
*Counsel for Defendants McNees Wallace & Nurick, LLC and Geoffrey Shuff* in

Timothy J. Nieman, Esq.
Rhoads & Sinon LLP
One South Market Square, 12th Floor
PO Box 1146
Harrisburg, Pennsylvania 17108-1146
(717) 231-6614
TNieman@Rhoads-Sinon.com
*Counsel for Defendants BB&T, Susquehanna Bank, Raymond Granger*

                                                 s/Richard C. Angino
                                                 Richard C. Angino, Esquire

Dated: November 25, 2015